UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jena Adams,

                Plaintiff,

-against-

Dorothea Knitting Mills Limited and Steven Borsook,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2020

1:19-cv-10468 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a telephone conference held today, and for the reasons stated on the record, it is ORDERED that:

1. Plaintiff shall amend her complaint no later than Monday, March 23, 2020;

2. The parties shall engage in limited discovery related to personal jurisdiction, which discovery shall be completed by Monday, May 11, 2020;

3. The deposition of Steven Borsook shall occur prior to May 11, 2020 as to the issue of personal jurisdiction and shall take place in New York;

4. If after limited discovery referenced in paragraphs 2 and 3 above, Defendant Dorothea Knitting Mills Limited still intends to move to dismiss on personal jurisdiction grounds, counsel for Defendants shall on May 11, 2020, file a joint letter setting forth an agreed upon briefing schedule for the motion, or, if in dispute, the parties' respective positions regarding the schedule; and

5. The initial conference, currently scheduled to take place before me on March 31, 2020 at 2:00 p.m. will proceed by phone; the parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED: New York, New York
March 12, 2020

_____
STEWART D. AARON
United States Magistrate Judge