UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jena Adams,

                              Plaintiff,

                -against-

Dorothea Knitting Mills Limited, et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_3/19/2020_____

1:19-cv-10468 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The previously scheduled telephonic initial conference on March 31, 2020 at 2:00 p.m.

(*see* ECF Nos. 13, 15, 20) go forward as previously scheduled, but the parties shall each separately

call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745 at the scheduled time.

This Order supersedes the calling instructions previously provided.

**SO ORDERED.**

DATED:      New York, New York
            March 19, 2020

                              _____
                              STEWART D. AARON
                              United States Magistrate Judge